

**Christopher W. Bowman**
(612)604-2585  bowman@mdh-law.com

Two22/Campbell Mithun Tower
222 South Ninth Street  Suite 3150
Minneapolis MN 55402
T (612)604-2000  F (612)604-2599  mdh-law.com

September 14, 2021

*Via ECF Filing Only*

The Honorable Christine M. Arguello
United States District Court for the District of Colorado

RE:   *Robert Hill v. Walmart, Inc.*
      Court File No. 21-cv-00146-CMA-KLM

Dear Judge Arguello:

Pursuant to this Court's order dated July 17, 2021, compelling arbitration and dismissing the above-referenced matter (ECF 37), the parties jointly notify the Court that the arbitration process is ongoing, scheduled to be held in Little Rock, Arkansas, in April 2022.

Hill submits that, because the arbitration process has not yet reached a conclusion and therefore has not substantively changed since the July 17, 2021, order, there is no reason to change the status of the Federal Action, which is currently "administratively closed until the completion of arbitration."

Walmart believes there is nothing further for this Court to address because the ordered arbitration is in process, and Walmart suggests this action should be dismissed. At this point, therefore, the parties are not in agreement as to whether this case should be closed.

If the Court has any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

MADIGAN, DAHL & HARLAN, P.A.

*/s/ Christopher W. Bowman*

Christopher W. Bowman

CWB/mjk

cc:   Counsel of Record (via ECF Service)