**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Robert A. Hill,   Civil Action No. 1:21-CV-00146-CMA-KLM

    Plaintiff,

v.

Walmart Inc., a Delaware corporation,

    Defendant(s).

---

## STATUS REPORT

---

Pursuant to this Court's order dated July 17, 2021, Hill submitted a Joint Status Report on September 15, 2021 (ECF 40). In that report, Hill submitted that, because the arbitration process had not yet reached a conclusion and therefore had not substantively changed since the July 17, 2021, order, there was no reason to change the status of the Federal Action. Walmart submitted there was nothing further for this Court to address because the ordered arbitration was in process and suggested this action should be dismissed. At that point, therefore, the Parties were not in agreement as to whether this case should be closed.

Hill submitted a subsequent status report on November 15, 2021 (ECF 41). In preparation of that report, Hill inquired whether Walmart's position had changed, but had not received a response before the filing deadline. Accordingly, the November 2021 report advised the Court that, to Hill's knowledge, the respective positions of the Parties has not materially changed since the September 15 status report: the arbitration remains

1

scheduled for April 2022, and the Parties are not in agreement that this case should be closed.

On January 12, 2022, Hill again reached out to Walmart's counsel to inquire whether their position had changed from the September 2021 Status Report. As with the November 2021 status report, no response was received from Walmart's counsel by close-of-business of the deadline to file the report, but to Hill's knowledge, the parties' respective positions have not materially changed: the arbitration remains scheduled for April 2022, and the Parties are not in agreement that this case should be closed.

                              Respectfully submitted,

                              MADIGAN, DAHL & HARLAN, P.A.

Date: January 12, 2022        By: */s/ Christopher W. Bowman*
                                      Thomas P. Harlan
                                      Megan J. Kunze
                                      Christopher W. Bowman
                                      222 South 9th Street, Suite 3150
                                      Minneapolis, MN 55402
                                      Telephone: (612) 604-2000
                                      Facsimile: (612) 604-2599
                                      harlan@mdh-law.com
                                      kunze@mdh-law.com
                                      bowman@mdh-law.com

                                      *Attorneys for Plaintiff Robert A. Hill*