# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Robert A. Hill,                        Civil Action No. 1:21-CV-00146-CMA-KLM

    Plaintiff,

v.

Walmart Inc., a Delaware corporation,

    Defendant(s).

---

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF ROBERT A. HILL

---

Pursuant to D.Colo. L. Atty. R. 5(b), the undersigned counsel (jointly, "MDH") respectfully move the Court for an order permitting their withdrawal as Counsel of Record for Plaintiff Robert A. Hill ("Hill") in this matter, as Hill has terminated MDH's representation, both in this matter and in the underlying arbitration currently pending before the American Arbitration Association, with a final hearing date now scheduled (to MDH's knowledge) to begin on November 29, 2022.

MDH certifies that Hill and counsel for Defendant Walmart Inc. ("Walmart") have received advance notice of this withdrawal, and Hill has been informed that he—or any counsel he retains to represent him—are responsible for compliance with all court orders and time limitations established by applicable statutes and rules.

[Remainder of this page purposefully left blank.]

1

Respectfully submitted,

										MADIGAN, DAHL & HARLAN, P.A.

Date: June 8, 2022				By: */s/ Christopher W. Bowman*
										Thomas P. Harlan
										Megan J. Kunze
										Christopher W. Bowman
										222 South 9th Street, Suite 3150
										Minneapolis, MN 55402
										Telephone: (612) 604-2000
										Facsimile: (612) 604-2599
										harlan@mdh-law.com
										kunze@mdh-law.com
										bowman@mdh-law.com

										*Withdrawing Attorneys for Plaintiff Robert A. Hill*