**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00146-CMA-KLM

ROBERT A. HILL,

    Plaintiff,

v.

WALMART INC.,

    Defendant.
_____

**STATUS REPORT**
_____

    Pursuant to this Court's Order dated July 16, 2021, Walmart Inc. hereby notifies the Court that the arbitration process has not yet reached a conclusion. The final arbitration hearing is set for November and December 2022 and therefore this case should not be closed at this time.

    Respectfully submitted this 2nd day of September, 2022.

    KUTAK ROCK LLP

    *s/ Lisa M. Saccomano*
    Lisa M. Saccomano
    1801 California St., Suite 3000
    Denver, CO 80202
    Tel: 303-297-2400
    lisa.saccomano@kutakrock.com

    *ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

*s/ Trina A. Rioux*
Trina A. Rioux

4889-5048-2993.1